# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

141967

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MUHAMED BESIC,
　　　　Plaintiff/Counterdefendant-
　　　　Appellee,

v

CITIZENS INSURANCE COMPANY OF THE
MIDWEST,
　　　　Defendant/Cross-Defendant-
　　　　Appellee,

and

CLEARWATER INSURANCE COMPANY,
　　　　Defendant/Counterplaintiff/Cross-
　　　　Plaintiff-Appellant,

and

LINCOLN GENERAL INSURANCE COMPANY,
　　　　Defendant/Cross-Defendant-
　　　　Appellee.

SC: 141967
COA: 291051
Wayne CC: 07-730094-NF

_____/

　　　　On order of the Court, the application for leave to appeal the September 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

Clerk

h0418